In the Matter of Lawrence SQUIRE, Bankrupt; Lawrence Squire, Petitioner.

No. 6940.

Circuit Court of Appeals, Third Circuit.

Jan. 12, 1939.

George H. Rosenstein, of Newark, N. J., for bankrupt.

Lawrence Friedman, of Newark, N. J. (Philip J. Schotland, of Newark, N. J., of counsel), for respondent.

Before BIGGS, MARIS, and CLARK, Circuit Judges.

PER CURIAM.

Petition to revise in matter of law, 24 F.Supp. 763, dismissed for want of jurisdiction.

STRANSKY PRODUCTS CORPORATION, Plaintiff, Appellant, v. E. H. TATE MOP & CORDAGE COMPANY, Defendant, Appellee.

No. 3382.

Circuit Court of Appeals, First Circuit.

Jan. 5, 1939.

Frederick A. Tennant, of Boston, Mass. (Thomas Ewing, of New York City, Frank Parker Davis, of Chicago, Ill., and George L. Wheelock, of New York City, on the brief), for appellant.

Herbert A. Baker, of Boston, Mass. (Alan B. Bagley, of Boston, Mass., on the brief), for appellee.

Before BINGHAM and WILSON, Circuit Judges, and PETERS, District Judge.

PER CURIAM.

The decree appealed from in this case is affirmed for the reasons stated in the opinion of the District Court, 22 F.Supp. 759.

The decree of the District Court is affirmed with costs to the appellee.

UNITED STATES of America v. Lewis LONGHURST, Administrator of the Estate of Lawrence Corless, Deceased.

No. 1822.

Circuit Court of Appeals, Tenth Circuit.

Dec. 27, 1938.

Dan B. Shields, U. S. Atty., of Salt Lake City, Utah, and Francis J. McGan, Atty., Department of Justice, of Butte, Mont.

George A. Faust and Joseph G. Jeppson, both of Salt Lake City, Utah, for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellant.